RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 08/29/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| BRADLEY J. BROWN | CASE NO. CV06-336 |
| VERSUS | JUDGE RICHARD T. HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE METHVIN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULING

Before the Court is a petition for writ of *habeas corpus* filed by *pro se* petitioner, Bradley J. Brown, pursuant to 28 U.S.C. section 2254. The Court, after considering the Recommendation of the Magistrate and the Objection filed by the petitioner, hereby adopts the Report and Recommendation and denies the petitioner's *habeas* claims and dismisses same with prejudice.

THUS DONE AND SIGNED on the 29th day of August, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

COPY SENT
DATE 8/29/07
BY _____
TO _____